WO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Danielle Perez, | No.  CV-17-1574-PHX-DKD |
| Plaintiff, | |
| v. | **ADDENDUM TO THE REPORT AND RECOMMENDATION** |
| Manuel Soto Escalante, | |
| Defendant. | |

TO THE HONORABLE STEPHEN M. MCNAMEE, SENIOR U.S. DISTRICT JUDGE:

Pursuant to the presiding District Judges ruling rejecting the undersigned's initial Report and Recommendation for an absence of evidentiary support for the Plaintiff's claims, the undersigned conducted an evidentiary hearing and took the testimony of the Plaintiff.  During this testimony the Plaintiff, under oath, stated that she worked the overtime hours set forth in the exhibit attached to Plaintiff's Motion for Default Judgment (Doc. 24).  The Court inquired further and the Plaintiff admitted that the table that was supplied by her lawyer did not accurately set forth the number of hours that she worked overtime, because it included hours that she did not work for one week, or four days she missed because she was ill, and because Christmas and New Year's day fell on a work week, but nevertheless the table did not include many Sundays that she worked such that she was working seven days a week and then starting work for the next week the very next Monday (Doc. 24-3).  The Plaintiff thus testified that while the table overstated her overtime days worked by 12 days there is no possibility that the attorney's summation of

overtime hours did not understate her overtime days worked by no less than 12 days. Thus while components of the summation contain errors, these errors cancel one another out exactly and thus Plaintiff has proved by a preponderance of the evidence that she is entitled to the amount originally recommended in the undersigned's Report and Recommendation (Doc. 20). This recommendation is supported by the facts that this Court found Plaintiff to be completely credible and thus it fully credits her testimony and the fact that the nature of her worked qualified her for overtime under federal law.

**IT IS THEREFORE RECOMMENDED** that the District Judge accept the original Report and Recommendation as augmented by this addendum and enter judgment accordingly.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See*, 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter, the parties have fourteen days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See* Rule72, Federal Rules of Civil Procedure.

Dated this 22nd day of June, 2018.

cc:    SMM

_____
David K. Duncan
United States Magistrate Judge

- 2 -