# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danielle Perez,<br><br>Plaintiff,<br><br>v.<br><br>Manuel Soto Escalante,<br><br>Defendant. | No. CV-17-01574-PHX-DMF<br><br>**ORDER** |

Pending before the Court is Magistrate Judge David K. Duncan's Addendum to the Report and Recommendation recommending that the Court accept the original Report and Recommendation as augmented by the addendum and grant Plaintiff's Motion for Default Judgment (Doc. 24). (Doc. 28.)

After considering the Addendum to the Report and Recommendation, the Court accepts the Magistrate Judge's original recommendation.

## I. STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings and waives all objections to those

factual findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## II. DISCUSSION

Having reviewed the Addendum to the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the original Report and Recommendation as augmented by the addendum. (Doc. 20.)

## III. CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED** that the Court accepts the original Report and Recommendation as augmented by the addendum. (Doc. 20.)

**IT IS FURTHER ORDERED** that Plaintiff's motion for default judgment is **GRANTED**, terminating this case. (Doc. 24.) The Clerk of Court shall enter default judgment in favor of Plaintiff Danielle Perez and against Defendant Manuel Soto Escalante as follows:

- A. For Plaintiff's damages in the sum of Forty Seven Thousand Four Hundred and Thirty Dollars and Zero Cents ($47,430.00);
- B. For Plaintiff's attorneys' fees in the amount of Two Thousand Two Hundred and Twelve Dollars ($2,212.00);
- C. For Plaintiff's costs in the amount of Six Hundred and Eighty Four Dollars and Seventy Cents ($684.70); and
- D. For post-judgment interest on the above amounts at the rate of 2.07% per annum.

Dated this 30th day of July, 2018.

Honorable Stephen M. McNamee
Senior United States District Judge